# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2461

_____

Jerry Boitnott,                                  *
                                                 *
        Appellant,                               *
                                                 *   Appeal from the United States
    v.                                           *   District Court for the
                                                 *   District of Minnesota.
Craig E. Cascarano; Fred Grittner,               *
                                                 *   [UNPUBLISHED]
        Appellees.                               *

_____

Submitted: November 4, 1998
Filed: December 4, 1998

_____

Before WOLLMAN, HANSEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Minnesota inmate Jerry Boitnott appeals the district court's[1] order dismissing under 28 U.S.C. § 1915A his civil rights action. Having carefully reviewed the record, we affirm the judgment of the district court for the reasons set forth in its order. See 8th Cir. R. 47B.

_____

[1]The Honorable David S. Doty, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.